# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2015

### NO. 03-14-00376-CV

**Laverne Stanley and Anthony Passeur, Appellants**

**v.**

**Wells Fargo Bank, N.A.; MERSCORP Holdings, Inc.; Mortgage Electronic Registration Systems, Inc.; and Gwen Alden, Appellees**

**APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.